UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| VINCENT MAZZOLINI, et al ) | CASE NO. 1:01CV2147 |
| ) | |
| Plaintiff ) | JUDGE LESLEY WELLS |
| ) | |
| -vs- ) | |
| ) | |
| SULZER ORTHOPEDICS, INC., et al ) | <u>ORDER OF TRANSFER OF A RELATED</u> |
| ) | <u>CASE</u> |
| Defendant ) | |

This case is transferred from United States District Judge Lesley Wells to United States District Judge Kathleen O'Malley, with the consent of both Judges.

/s/Lesley Wells
JUDGE LESLEY WELLS
Transferor Judge

/s/Kathleen O'Malley
JUDGE KATHLEEN O'MALLEY
Transferee Judge